IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MELVIN A. ST. AMANT and<br>CHESTER B. HAMMOND | §<br>§<br>§ | PLAINTIFFS |
| v. | § | CIVIL NO.: 1:14cv174-HSO-RHW |
| | § | |
| KNIGHTS' MARINE AND<br>INDUSTRIAL SERVICES, INC.,<br>DAVID KNIGHT, and BRIAN<br>KNIGHT | §<br>§<br>§<br>§ | DEFENDANTS |

## FINAL JUDGMENT

This matter came on to be heard on the Motion to Dismiss for Lack of Subject Matter Jurisdiction [20] filed by Defendants Knights Marine and Industrial Services, Inc., David Knight, and Brian Knight.  The Court, after a full review and consideration of Defendants' Motion, Plaintiffs' Response [33], Defendants' Rebuttal [35], Plaintiffs' Sur-Reply [43], the record, and relevant legal authorities, finds that in accord with the reasons more fully stated in its Memorandum Opinion and Order entered herewith,

**IT IS**, **THEREFORE**, **ORDERED AND ADJUDGED** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 28th day of July, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE